UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                CASE NO. 08-32732
RONALD D. BARLOW                          Chapter 7
JANE LOUISE BARLOW,
      Debtors.

### TRUSTEE'S NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that the Claimant 1, Classic Products, 4617 Industrial Road., Ft. Wayne, IN 46825, is entitled to interim distribution on allowed claims in the amount of $196.71, which amount Trustee now deposits in the U.S. Bankruptcy Clerk's Registry Account, as unclaimed funds, for the use and benefit of said claimants.

DATED:  December 7, 2009

                                                      /s/ Gary D. Boyn
                                                      Gary D. Boyn, Trustee
                                                      121 W. Franklin St., Suite 400
                                                      Elkhart, IN 46516
                                                      (574) 294-7491

### CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class postage prepaid, this 7th day of December, 2009:

| | |
|---|---|
| U.S. Trustee's Office: | USTPRegion10.SO.ECF@usdoj.gov |
| Jeffrey A. Schreiber: | jschreiber@schreiblaw.como |

Classic Products
4617 Industrial Road
Ft. Wayne, IN 46825

                                                      /s/ Gary D. Boyn